CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJU

APR 0 1 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MELVIN FRANKLIN CARTER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00073 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MIDDLE RIVER REGIONAL JAIL, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 1st day of ~~March~~ April, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge